**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

DRAMANE FOFANA,

                        Plaintiff,

  -vs-                                                       9:15-CV-188

CAPTAIN H. MOSS, et al.,

                        Defendants.

**Thomas J. McAvoy,
United States District Judge**

### DECISION and ORDER

This matter was referred to the Hon. Thérèse Wiley Dancks, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Rule 72.3(d) of the Local Rules of the Northern District of New York. No objections to the March 4, 2016 Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or manifest injustice. Accordingly, this Court adopts the Report-Recommendation and Order for the reasons stated therein.

Accordingly, the Report and Recommendation of Magistrate Judge Wiley Dancks, dkt. # 25, is hereby **ADOPTED**, and Defendants' motion for summary judgment, dkt. # 20, is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated: March 29, 2016

                                                     Thomas J. McAvoy
                                                     Senior, U.S. District Judge

1